STATE OF NEW JERSEY v. KAREEM BROWN.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BURNETT.

May 28, 1987.

Petition for certification dismissed as moot.

STATE OF NEW JERSEY v. EDWARD FAIRLEY.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD KARSH.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MISERENDINO.

May 28, 1987.

Petition for certification denied.